REAGAN *v.* THE STATE.

Fish, J. The charge in the indictment being in substance that the prosecutor extended credit to the accused on the faith of an alleged false representation by the latter, and that by reason thereof the former was defrauded, and there being no evidence that the credit was in fact thus procured, the verdict of guilty was wholly unsupported, and the court erred in not setting it aside and granting a new trial. *Judgment reversed. All the Justices concurring.*

Submitted November 19, — Decided November 30, 1900.

Indictment for cheating and swindling. Before Judge Janes. Douglas superior court. September 10, 1900.

*W. A. James,* for plaintiff in error.
*W. T. Roberts, solicitor-general,* contra.